IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAUREN KING,                  )
                              )
        Plaintiff,             )
                              )
    v.                        )       1:12CV1292
                              )
INTERNAL CREDIT SYSTEMS, INC.,)
                              )
        Defendant.             )

### ORDER

On March 18, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 13 and 14.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that to the extent Defendant's Answer has been docketed as a "Motion to Dismiss" (Doc. 4), that Motion is **DENIED** without prejudice to dispositive motions being filed in compliance with the Local Rules and with the required briefing at the appropriate time. Defendant's Answer shall otherwise remain on the docket with full effect. The Motion to Dismiss for insufficient service of process is **DISMISSED** without prejudice at this time since the time for service has not yet

run and the motion has not been properly presented in compliance with the Local Rules.

This the 29th day of April, 2013.

                               /s/ William L. Osteen, Jr.
                               United States District Judge

- 2 -

Case 1:12-cv-01292-WO-JEP   Document 18   Filed 04/29/13   Page 2 of 2